McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>         v.<br><br>ELEUTARIO MARTINEZ.<br><br>                  Defendants. | **CASE NO. 1:19-CR-00007 NONE-SKO**<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON**<br><br>Date: January 15, 2021<br>Time: 8:30 a.m.<br>Honorable Dale A. Drozd |

The United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant Eleutario Martinez, by and through his attorney of record, Mark Coleman, hereby stipulate to continue the sentencing in this case from January 15, 2021 until February 12, 20201 at 8:30 a.m., in order to facilitate a safety-valve debriefing prior to sentencing.

Dated: December 15, 2020                McGREGOR W. SCOTT
                                        United States Attorney

                                         /s/ *Kathleen A. Servatius*
                                        KATHLEEN A. SERVATIUS
                                        Assistant United States Attorney


Dated:  December 15, 2020               /s/ *Mark Coleman*
                                        Attorney for Eleutario Martinez
///

///

STIPULATION TO CONTINUE SENTENCING HEARING                    1

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing in this matter shall be continued from January 15, 2021 until February 12, 20121 at 8:30 a.m.

IT IS SO ORDERED.

Dated: __**December 16, 2020**__                    ___*Dale A. Drozd*___
                                                                   UNITED STATES DISTRICT JUDGE