MARK W. COLEMAN #117306
NUTTALL & COLEMAN
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Defendant, ELEUTERIO ROSALES MARTINEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELEUTERIO ROSALES MARTINEZ,<br><br>Defendant. | Case No.  1:19-CR-00007-DAD<br><br><br>STIPULATION TO CONTINUE SENTENCING AND ORDER |

TO:    THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for February 12, 2021, at 8:30 a.m., be continued to March 26, 2021, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

IT IS FURTHER STIPULATED that the deadlines for the Presentence schedule, including the filing informal and formal objections to the Pre-Sentence Investigation Report, be rescheduled in accordance with the new Sentencing date.

///

///

This continuance is requested by counsel for Defendant, ELEUTERIO ROSALES MARTINEZ, due to the fact that additional time is needed for Mr. Coleman to meet with Defendant to review the probation report and prepare informal objections.

Counsel for Defendant has spoken with Assistant U.S. Attorney, Kathleen Servatius, who has no objection to this continuance.

Dated: January 22, 2021         Respectfully Submitted,

                                NUTTALL & COLEMAN

                                /s/ Mark W. Coleman

                                MARK W. COLEMAN
                                Attorney for Defendant,
                                ELEUTERIO ROSALES MARTINEZ

Dated: January 22, 2021.        UNITED STATES ATTORNEY'S OFFICE

                                /s/ Kathleen Servatius

                                KATHLEEN SERVATIUS
                                Assistant U.S. Attorney

* * * * * * *

**O R D E R**

IT IS SO ORDERED.

Dated:  **January 22, 2021**          _Dale A. Drozd_____
                                      UNITED STATES DISTRICT JUDGE

2