MARK W. COLEMAN #117306
NUTTALL & COLEMAN
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Defendant, ELEUTERIO ROSALES MARTINEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELEUTERIO ROSALES MARTINEZ,<br><br>Defendant. | Case No. 1:19-CR-00007-DAD<br><br>STIPULATION TO CONTINUE SENTENCING AND PROPOSED ORDER |

TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for March 26, 2021, at 8:30 a.m., be continued to April 16, 2021, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

IT IS FURTHER STIPULATED that the deadlines for the Presentence schedule, including the filing informal and formal objections to the Pre-Sentence Investigation Report, be rescheduled in accordance with the new Sentencing date.

///

///

This continuance is requested by counsel for Defendant, ELEUTERIO ROSALES MARTINEZ, due to the fact that additional time is needed for Mr. Coleman to meet with Defendant to review the probation report and prepare informal objections. Specifically, Defendant was on quarantine for several weeks in the Fresno County Jail and was only recently, in the last week, taken off quarantine.

Counsel for Defendant has spoken with Assistant U.S. Attorney, Kathleen Servatius, who has no objection to this continuance.

Dated: February 25, 2021         Respectfully Submitted,

                                 NUTTALL & COLEMAN

                                 /s/ Mark W. Coleman

                                 MARK W. COLEMAN
                                 Attorney for Defendant,
                                 ELEUTERIO ROSALES MARTINEZ

Dated: February 25, 2021.        UNITED STATES ATTORNEY'S OFFICE

                                 /s/ Kathleen Servatius

                                 KATHLEEN SERVATIUS
                                 Assistant U.S. Attorney

* * * * * * *

O R D E R

IT IS SO ORDERED.

Dated: **February 25, 2021**         _____
                                     UNITED STATES DISTRICT JUDGE

2